IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:19-bk-04009 |
| | : | |
| JEROME KEITH HOLMES | : | CHAPTER 13 |
| fdba Reliable Auto Sales; dba JKH | : | |
| Enterprise, | : | |
|    Debtor | : | |
| | : | |
| JEROME KEITH HOLMES | : | |
| fdba Reliable Auto Sales; dba JKH | : | |
| Enterprise, | : | |
|    Movant | : | |
| | : | |
| v. | : | |
| | : | |
| PNC BANK, NATIONAL | : | |
| ASSOCIATION; CITY OF | : | |
| HARRISBURG; CAPITAL REGION | : | |
| WATER; CHARLES J DEHART III, | : | |
| ESQUIRE, TRUSTEE | : | |
|    Respondents | : | |

## ORDER

UPON consideration of the Motion for Approval of Sale, and it appearing that no Objection or Answer was filed to the Motion by the time set forth in an Order,

IT IS ORDERED AND DECREED that the delay in efficacy of the Order pursuant to the Motion be waived pursuant to Federal Rules of Bankruptcy Procedure Rule 6004(h), because time is of the essence; and

IT IS FURTHER ORDERED AND DECREED that the relief prayed for in the Motion for Approval of Sale of Certain Property Free and Clear of All Liens, Encumbrances, Security Interests, etc. is hereby granted and proceeds of the sale are to be distributed as follows:

| Distributee | Reason |
|---|---|
| 1. Various entities | Recording fees, escrow fees, discount points, document preparation fees, appraisal fees, municipal liens, real estate taxes, inspection fees, realtor commissions, |

|   |   |
|---|---|
|   | notarization charges and other incidental and ordinary costs of settlement, if any, required to be paid by Debtor as seller. |
| 2. Dorothy L. Mott, Esquire | Attorney Fees -- $1,500.00 |
| 3. Dauphin County Tax Claim Bureau | Delinquent taxes, if any |
| 4. City of Harrisburg delinquent sewer |   |
| 5. Capital Region Water |   |
| 6. PNC Bank, N.A. | All remaining proceeds |