United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                 Case No. 19-04009-HWV

Jerome Keith Holmes                                        Chapter 13

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1                               User: AutoDocke                                Page 1 of 2

Date Rcvd: Dec 22, 2020                       Form ID: pdf010                           Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | | CITY OF HARRISBURG, DEPT OF PUBLIC WORKS, 1820 PAXTON STREET, HARRISBURG, PA 17104-2826 |
| 5248438 | + | CAPITAL REGION WATER, 100 PINE DRIVE, HARRISBURG, PA 17103-1260 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2020                               Signature:             /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bret P Shaffer | on behalf of Creditor Pa Central Federal Credit Union bshaffer@ssbc-law.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Dorothy L Mott | on behalf of Debtor 1 Jerome Keith Holmes DorieMott@aol.com KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Jerome Keith Holmes karagendronecf@gmail.com doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Karina Velter | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |

Case 1:19-bk-04009-HWV     Doc 105     Filed 12/24/20     Entered 12/25/20 00:39:08     Desc
Imaged Certificate of Notice     Page 1 of 4

Marc A. Hess
    on behalf of Creditor Fulton Bank N.A. bankruptcy@henrybeaver.com, hess@henrybeaver.com

Rebecca Ann Solarz
    on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com

Thomas Song
    on behalf of Creditor Bank Of America N.A. pamb@fedphe.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:19-bk-04009 |
| | : | |
| **JEROME KEITH HOLMES** | : | CHAPTER 13 |
| fdba Reliable Auto Sales; dba JKH | : | |
| Enterprise, | : | |
|     Debtor | : | |
| | : | |
| **JEROME KEITH HOLMES** | : | |
| fdba Reliable Auto Sales; dba JKH | : | |
| Enterprise, | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| **PNC BANK, NATIONAL** | : | |
| **ASSOCIATION; CITY OF** | : | |
| **HARRISBURG; CAPITAL REGION** | : | |
| **WATER; CHARLES J DEHART III,** | : | |
| **ESQUIRE, TRUSTEE** | : | |
|     Respondents | : | |

### ORDER

UPON consideration of the Motion for Approval of Sale, and it appearing that no Objection or Answer was filed to the Motion by the time set forth in an Order,

IT IS ORDERED AND DECREED that the delay in efficacy of the Order pursuant to the Motion be waived pursuant to Federal Rules of Bankruptcy Procedure Rule 6004(h), because time is of the essence; and

IT IS FURTHER ORDERED AND DECREED that the relief prayed for in the Motion for Approval of Sale of Certain Property Free and Clear of All Liens, Encumbrances, Security Interests, etc. is hereby granted and proceeds of the sale are to be distributed as follows:

| Distributee | Reason |
|---|---|
| 1. Various entities | Recording fees, escrow fees, discount points, document preparation fees, appraisal fees, municipal liens, real estate taxes, inspection fees, realtor commissions, |

|   |   |   |
|---|---|---|
| | | notarization charges and other incidental and ordinary costs of settlement, if any, required to be paid by Debtor as seller. |
| 2. | Dorothy L. Mott, Esquire | Attorney Fees -- $1,500.00 |
| 3. | Dauphin County Tax Claim Bureau | Delinquent taxes, if any |
| 4. | City of Harrisburg delinquent sewer | |
| 5. | Capital Region Water | |
| 6. | PNC Bank, N.A. | All remaining proceeds |

Dated: December 22, 2020

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge (CD)