Certificate Number: 06531-PAM-DE-038933695

Bankruptcy Case Number: 19-04009



06531-PAM-DE-038933695

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 4, 2024, at 12:46 o'clock PM CDT, Jerome K Holmes completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

| | | |
|---|---|---|
| Date: October 4, 2024 | By: | /s/Sharon Schroeder |
| | Name: | Sharon Schroeder |
| | Title: | Certified Credit Counselor |