| In re: | Case No. 19-04009-HWV |
|---|---|
| Jerome Keith Holmes | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Jan 23, 2025 | Form ID: 3180W | Total Noticed: 96 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jerome Keith Holmes, 508 Latshmere Drive, Harrisburg, PA 17109-5805 |
| 5248422 | + | ADRIAN L GRIFFIN, 21 N 17TH STREET, HARRISBURG, PA 17103-2315 |
| 5248426 | + | ALLSTATE INSURANCE COMPANY, 2775 SANDERS ROAD, NORTHBROOK, IL 60062-6127 |
| 5248427 | + | AMERICA'S AUTO AUCTION, 1100 S YORK STREET, MECHANICSBURG, PA 17055-4741 |
| 5248433 | + | AUTOPART INTERNATIONAL INC, 1500 PAXTON STREET, HARRISBURG, PA 17104-2615 |
| 5248435 | + | BARR CREDIT SERVICES, 5151 E BROADWAY BLVD, STE 800, TUCSON, AZ 85711-3775 |
| 5248438 | ++ | CAPITAL REGION WATER, ATTN AR MANAGER, 3003 N FRONT STREET, HARRISBURG PA 17110-1224 address filed with court:, CAPITAL REGION WATER, 100 PINE DRIVE, HARRISBURG, PA 17103 |
| 5248440 | + | CARS BY DEALERS, 1698-B SOUTH QUEEN STREET, YORK, PA 17403-4633 |
| 5248444 | + | CHRISTINA M BRUNO ESQ, 111 MONUMENT CIRCLE STE 2700, INDIANAPOLIS, IN 46204-5120 |
| 5248445 | + | CITY OF HARRISBURG, BUR OF OPERATIONS & REVENUE, 10 NORTH SECOND STREET, HARRISBURG, PA 17101-1677 |
| 5248446 | + | CITY OF HARRISBURG, TAX & ENFORCEMENT OFFICE STE 305-A, CITY GOVERNMENT CENTER, 10 N 2ND STREET, HARRISBURG, PA 17101-1677 |
| 5248449 | + | COMMONWEALTH OF PA, DEPT OF BANKING AND SECURITIES, 17 N SECOND ST, STE 1300, HARRISBURG, PA 17101-1642 |
| 5248450 | + | COMMONWEALTH OF PA, OFFICE OF ATTORNEY GENERAL, 15TH FLOOR, STRAWBERRY SQUARE, HARRISBURG, PA 17120-0001 |
| 5248451 | + | COMMONWEALTH OF PENNSYLVANIA, COUNTY OF LEBANON, MDJ HONORABLE MARIE M DISSINGER, 502 STATE DRIVE, LEBANON, PA 17042-6340 |
| 5248452 | + | COMMONWEALTH OF PENNSYLVANIA, COUNTY OF DAUPHIN, MDJ HONORABLE REBECCA JO MARGERUM, PO BOX 68, ELIZABETHVILLE, PA 17023-0068 |
| 5248456 | | CUNNINGHAM, CHERNICOFF & WARSHAWSKY, PC, 2320 N SECOND STREET, PO BOX 60457, HARRISBURG, PA 17106-0457 |
| 5343543 | + | City of Harrisburg, Tax & Enforcement Office, 10 N. 2nd Street, Suite 305A, Harrisburg, PA 17101-1677 |
| 5248457 | + | DAUPHIN COUNTY TAX CLAIM, 2 SOUTH 2ND STREET, HARRISBURG, PA 17101-2047 |
| 5248458 | + | DAVID J JURKIEWICS ESQ, BOSE McKINNEY & EVANS LLP, 111 MONUMENT CIRCLE STE 2700, INDIANAPOLIS, IN 46204-5120 |
| 5248459 | + | DIANE DUFFY WOOLFORK, 2457 DOUGLAS STREET, HARRISBURG, PA 17103-2078 |
| 5248461 | + | EAGLE'S CREST APARTMENTS, 1008 EAGLECREST COURT, HARRISBURG, PA 17109-4981 |
| 5248463 | + | FAULKNER CADILLAC, 6726 CARLISLE PIKE, MECHANICSBURG, PA 17050-1711 |
| 5248465 | + | FIRST DATA GLOBAL LEASING, 5565 GLENRIDGE CONNECTOR NE, SUITE 2000, ATLANTA, GA 30342-4799 |
| 5248467 | + | GARDEN SPOT AUTO AUCTION, PO BOX 501, EPHRATA, PA 17522-0501 |
| 5248472 | + | JERRIE E BENNETT, 631 WICONISCO STREET, HARRISBURG, PA 17110-2636 |
| 5248475 | + | LKQ PENN MAR, 269 RIVER ROAD, PO BOX 97, YORK HAVEN, PA 17370-0097 |
| 5248478 | + | MONICA L WASHINGTON, 508 LATSHMERE DRIVE, HARRISBURG, PA 17109-5805 |
| 5248479 | + | MORGAN PROPERTIES, COLLECTION DEPARTMENT, 160 CLUBHOUSE RD, STE 9960, KING OF PRUSSIA, PA 19406-3388 |
| 5248481 | + | MS HERSHEY MEDICAL CENTER, PATIENT FINANCIAL SERVICES, PO BOX 853 MC-A410, HERSHEY, PA 17033-0853 |
| 5248487 | + | PA CENTRAL FCU, BK NOTICES/COLLECTIONS, PO BOX 248, PALMYRA, PA 17078-0248 |
| 5248489 | | PENN STATE HERSHEY MEDICAL CENTER, ATTN: PATIENT FINANCIAL SERVICES, MC A410, PO BOX 853, HERSHEY, PA 17033-0853 |
| 5248490 | + | PEP BOYS EXPRESS, ATTN: BILLING, 3111 WEST ALLEGHENY AVENUE, PHILADELPHIA, PA 19132-1128 |
| 5248491 | + | PINNACLE HEALTH EMERGENCY, 6880 W SNOWVILLE ROAD, SUITE 210, BRECKSVILLE, OH 44141-3255 |
| 5266356 | + | Pa Central Federal Credit Union, 959 East Park Drive, Harrisburg, PA 17111-2894 |
| 5248495 | + | QUILL CORP, 100 SCHELTER ROAD, LINCOLNSHIRE, IL 60069-3621 |

| Recip ID | | Notice Info | Recipient Name and Address |
|---|---|---|---|
| 5248496 | + | REBECCA WALDEMAR, ESQ, CENTRAL PENNSYLVANIA LAW CLINIC, 3605 VARTAN WAY, HARRISBURG, PA 17110-9335 | |
| 5248497 | | SAKS FIFTH AVENUE, PO BOX 41649, PHILADELPHIA, PA 19101-1649 | |
| 5248498 | + | SAPURSTEIN & BLOCH PA, 9700 S DIXIE HWY, STE 1000, MIAMI, FL 33156-2863 | |
| 5248502 | + | THE RECEIVABLE MANAGEMENT SERVICES LLC, 2001 6TH AVENUE NO. 2200, SEATTLE, WA 98121-2558 | |
| 5248503 | ++ | UGI UTILITIES INC, ATTN CREDIT & COLLECTIONS, P O BOX 13009, READING PA 19612-3009 address filed with court:, UGI CORP, 225 MORGANTOWN RD, READING, PA 19611 | |
| 5248509 | + | WILLIAM L GRUBB ESQUIRE, 717 MARKET STREET STE 217, LEMOYNE, PA 17043-1581 | |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jan 23 2025 23:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5248423 | + | Email/Text: EBNProcessing@afni.com | Jan 23 2025 18:55:00 | AFNI INC, 1310 MARTIN LUTHER KING DRIVE, PO BOX 3427, BLOOMINGTON, IL 61702-3427 |
| 5248424 | + | Email/Text: bk@afsacceptance.com | Jan 23 2025 18:55:00 | AFS ACCEPTANCE LLC, MAIN ADDRESS, 1475 W CYPRESS CREEK RD, STE 300, FORT LAUDERDALE, FL 33309-1931 |
| 5248425 | + | Email/Text: frank.abrignani@agaltd.com | Jan 23 2025 18:55:00 | AG ADJUSTMENTS, 740 WALT WHITMAN ROAD, MELVILLE, NY 11747-2212 |
| 5248428 | + | Email/Text: bankruptcy@acacceptance.com | Jan 23 2025 18:55:00 | AMERICAN CREDIT ACCEPTANCE, 961 E MAIN STREET, SPARTANBURG, SC 29302-2149 |
| 5248429 | + | EDI: ATTWIREBK.COM | Jan 23 2025 23:45:00 | AT&T - BANKRUPTCY, 4331 COMMUNICATIONS DR, FIR 4W, DALLAS, TX 75211-1300 |
| 5248430 | + | EDI: ATTWIREBK.COM | Jan 23 2025 23:45:00 | AT&T MOBILITY, 15901 E SKELLY DRIVE (PHILA), TULSA, OK 74116-2809 |
| 5248431 | + | EDI: CITICORP | Jan 23 2025 23:45:00 | AT&T UNIVERSAL CARD, PO BOX 6500, SIOUX FALLS, SD 57117-6500 |
| 5248434 | | EDI: BANKAMER | Jan 23 2025 23:45:00 | BANK OF AMERICA HOME LOANS, CUSTOMER SERVICE, PO BOX 5170, SIMI VALLEY, CA 93062-5170 |
| 5248436 | + | Email/Text: updates@brennanclark.com | Jan 23 2025 18:55:00 | BRENNAN & CLARK, 721 E MADISON, SUITE 200, VILLA PARK, IL 60181-3083 |
| 5248437 | | Email/Text: Bankruptcy@BAMcollections.com | Jan 23 2025 18:55:00 | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5268047 | | EDI: BANKAMER | Jan 23 2025 23:45:00 | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 5248439 | + | Email/Text: carfaxbankruptcies@carfax.com | Jan 23 2025 18:55:00 | CARFAX, 16630 COLLECTION CENTER DRIVE, CHICAGO, IL 60693-0166 |
| 5248447 | | EDI: PENNDEPTREV | Jan 23 2025 23:45:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5248447 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 23 2025 18:55:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5248448 | | EDI: PENNDEPTREV | Jan 23 2025 23:45:00 | COMMONWEALTH OF PA, DEPT OF REV, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5248448 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 23 2025 18:55:00 | COMMONWEALTH OF PA, DEPT OF REV, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 5248453 | + Email/Text: compliance@contractcallers.com | Jan 23 2025 18:55:00 | CONTRACT CALLERS INC, 501 GREEN STREET, 3RD FL STE 302, AUGUSTA, GA 30901-4415 |
| 5248454 | + Email/Text: ebnnotifications@creditacceptance.com | Jan 23 2025 18:55:00 | CREDIT ACCEPTANCE, 25505 W 12 MILE ROAD, STE 3000, SOUTHFIELD, MI 48034-8331 |
| 5248455 | + EDI: CCS.COM | Jan 23 2025 23:45:00 | CREDIT COLLECTION SERVICES, 725 CANTON STREET, NORWOOD, MA 02062-2679 |
| 5248504 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 23 2025 18:55:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5248460 | EDI: DIRECTV.COM | Jan 23 2025 23:45:00 | DIRECTV CUSTOMER SERVICE (p), BANKRUPTCY CLAIMS, PO BOX 6550, GREENWOOD VILLAGE CO 80155-6550 |
| 5248476 | Email/Text: Bankruptcy@coxinc.com | Jan 23 2025 18:55:00 | MANHEIM, CORPORATE MAILING ADDRESS, 6325 PEACHTREE DUNWOODY RD NE, ATLANTA, GA 30328 |
| 5248477 | Email/Text: Bankruptcy@coxinc.com | Jan 23 2025 18:55:00 | MANHEIM AUTO AUCTION, 1190 LANCASTER ROAD, MANHEIM, PA 17545 |
| 5263578 | EDI: DIRECTV.COM | Jan 23 2025 23:45:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5248462 | + Email/Text: bankruptcy@erieinsurance.com | Jan 23 2025 18:55:00 | ERIE INSURANCE, COLLECTION DEPARTMENT, 100 ERIE INSURANCE PLACE, ERIE, PA 16530-0001 |
| 5248464 | + Email/Text: bankruptcy@fco.com | Jan 23 2025 18:55:00 | FCO, 12304 BALTIMORE AVE, #E, BELTSVILLE, MD 20705-1314 |
| 5248466 | + Email/Text: bankruptcy@fultonbank.com | Jan 23 2025 18:55:00 | FULTON BANK, 1695 STATE STREET, PO BOX 432, EAST PETERSBURG, PA 17520-0432 |
| 5259456 | + Email/Text: bankruptcy@fultonbank.com | Jan 23 2025 18:55:00 | Fulton Bank, N.A., One Penn Square, Lancaster, PA 17602-2853 |
| 5248468 | + EDI: PHINGENESIS | Jan 23 2025 23:45:00 | GENESIS FINANCIAL SOLUTION, PO BOX 4480, BEAVERTON, OR 97076-4480 |
| 5248469 | Email/Text: HWIBankruptcy@hunterwarfield.com | Jan 23 2025 18:55:00 | HUNTER WARFIELD, 4620 WOODLAND CORP BLVD, TAMPA, FL 33614-2415 |
| 5248470 | EDI: IRS.COM | Jan 23 2025 23:45:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5259860 | + Email/Text: gbechakas@outlook.com | Jan 23 2025 18:55:00 | Intercoastal Financial LLC, 7954 Transit Rd. #144, Williamville, NY 14221-4117 |
| 5248441 | Email/Text: info@pamd13trustee.com | Jan 23 2025 18:55:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5248442 | EDI: JPMORGANCHASE | Jan 23 2025 23:45:00 | CHASE HOME FINANCE, BANKRUPTCY DEPARTMENT, 3415 VISION DRIVE, COLUMBUS, OH 43219 |
| 5248443 | EDI: JPMORGANCHASE | Jan 23 2025 23:45:00 | CHASE SLATE, PO BOX 15123, WILMINGTON, DE 19850-5123 |
| 5257171 | + Email/Text: RASEBN@raslg.com | Jan 23 2025 18:55:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5248474 | + EDI: PHINGENESIS | Jan 23 2025 23:45:00 | KAY JEWELERS, GENESIS FS CARD SERVICES, PO BOX 4485, BEAVERTON, OR 97076-4485 |
| 5248480 | ^ MEBN | | |

| Recipient # | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|
| | | Jan 23 2025 18:44:54 | MRS ASSOCIATES INC, 1930 OLNEY AVE, CHERRY HILL, NJ 08003-2016 |
| 5248482 | ^ MEBN | Jan 23 2025 18:45:00 | NES, 2479 EDISON BLVD, UNIT A, TWINSBURG, OH 44087-2476 |
| 5248483 | + Email/Text: bankruptcy@discoverdsc.com | Jan 23 2025 18:55:00 | NEXT GEAR CAPITAL INC, 1320 CITY CENTER DRIVE, STE 100, CARMEL, IN 46032-3816 |
| 5248484 | + Email/Text: bankruptcy@discoverdsc.com | Jan 23 2025 18:55:00 | NEXTGEAR CAPITAL INC, C/O MICHAEL G. GIBSON, ESQ, 1320 CITY CENTER DR, STE 100, CARMEL, IN 46032-3816 |
| 5248488 | + EDI: SYNC | Jan 23 2025 23:45:00 | PAY PAL CREDIT, BK NOTICES, PO BOX 5138, TIMONIUM, MD 21094-5138 |
| 5248492 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 23 2025 18:55:00 | PNC BANK, 2730 LIBERTY AVENUE, PITTSBURGH, PA 15222 |
| 5248493 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 23 2025 18:55:00 | PNC BANK NA, BK NOTICES, PO BOX 94982, CLEVELAND, OH 44101-0570 |
| 5276027 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 23 2025 18:55:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland OH 44101 |
| 5267044 | EDI: PRA.COM | Jan 23 2025 23:45:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5248494 | ^ MEBN | Jan 23 2025 18:45:01 | PPL ELECTRIC UTILITIES, ATTN: BANKRUPTCY DEPT, 827 HAUSMAN ROAD, ALLENTOWN PA 18104-9392 |
| 5254926 | EDI: PENNDEPTREV | Jan 23 2025 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5254926 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 23 2025 18:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5248499 | Email/Text: bankruptcy@sequium.com | Jan 23 2025 18:55:00 | SEQUIUM, 1130 NORTHCHASE PKWY, MARIETTA, GA 30067 |
| 5249098 | ^ MEBN | Jan 23 2025 18:45:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5271719 | + EDI: AISACG.COM | Jan 23 2025 23:45:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5248501 | + Email/Text: BankruptcyNotice@westlakefinancial.com | Jan 23 2025 18:55:00 | TAHISHA LAVETTE ELLIS, C/O WESTERN FUNDING, 3915 E PATRICK LANE, LAS VEGAS, NV 89120-3911 |
| 5248505 | + Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 23 2025 18:55:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5248506 | + EDI: CITICORP | Jan 23 2025 23:45:00 | UNVL/CITI, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 5248507 | + Email/Text: BankruptcyNotice@westlakefinancial.com | Jan 23 2025 18:55:00 | WESTERN FUNDING INC, 3915 E PATRICK LANE, LAS VEGAS, NV 89120-3965 |
| 5248508 | + Email/Text: bankruptcynotice@westlakefinancial.com | Jan 23 2025 18:55:00 | WESTLAKE FINANCIAL, 4751 WILSHIRE BLVD STE 100, LOS ANGELES, CA 90010-3847 |

TOTAL: 58

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5248486 | | NONE |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | Fulton Bank, N.A., One Penn Square, Lancaster, PA 17602-2853 |
| cr | *+ | Pa Central Federal Credit Union, 959 East Park Drive, Harrisburg, PA 17111-2894 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5248471 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5248485 | *+ | NEXTGEAR CAPITAL INC, C/O MICHAEL G GIBSON, ESQ, 1320 CITY CENTER DR, STE 100, CARMEL, IN 46032-3816 |
| 5248432 | ##+ | AUCTION CREDIT ENTERPRISES LLC, 14951 DALLAS PARKWAY STE 200, DALLAS, TX 75254-6883 |
| 5248473 | ##+ | KATHY O'NEAL-SLOANE, 2010 GREEN STREET, HARRISBURG, PA 17102-2127 |
| 5248500 | ##+ | SHALAKEMIA MOFFITT, 2111 SUNFLOWER DRIVE, HARRISBURG, PA 17110-9013 |

TOTAL: 1 Undeliverable, 8 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| Bret P Shaffer | on behalf of Creditor Pa Central Federal Credit Union bshaffer@ssbc-law.com |
| Denise E. Carlon | on behalf of Creditor Bank Of America N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Jerome Keith Holmes DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Jerome Keith Holmes karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Marc A. Hess | on behalf of Creditor Fulton Bank N.A. bankruptcy@henrybeaver.com, hess@henrybeaver.com |
| Thomas Song | on behalf of Creditor Bank Of America N.A. tomysong0@gmail.com |

United States Trustee  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jerome Keith Holmes<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0016<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-04009-HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jerome Keith Holmes
dba JKH Enterprise, fdba Reliable Auto Sales

1/23/25

**By the court:**   *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**